UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00054-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEVONTA OZELL SMITH ) | |

Before the court is Defendant's motion to file docket entry number 57 under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in defendant's motion, the court finds good cause exists.

Accordingly, the motion is ALLOWED and docket entry 57 shall be filed under seal.

SO ORDERED.

This 3rd day of August, 2019.

　　　　　　　　　　　　　　　　　　　Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　United States District Judge

R1948069