IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:18-CR-54-FL
Civil No. 5:21-CV-157-FL

| | |
|---|---|
| DEVONTA OZELL SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MOTION FOR DISMISSAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Respondent, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves this Court to dismiss Petitioner's 28 U.S.C. § 2255 motion [D.E. 84, 84-1] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

A memorandum of law in support is being filed contemporaneously with this motion.

Respectfully submitted this 4th day of August 2021.

                                          G. NORMAN ACKER, III
                                          Acting United States Attorney

BY:   /s/ Dennis M. Duffy
        DENNIS M. DUFFY
        Assistant United States Attorney
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: 919-856-4847
        Fax: 919-856-4487
        E-mail: dennis.duffy@usdoj.gov
        NC State Bar No. 27225

# CERTIFICATE OF SERVICE

I do hereby certify that I will serve a copy of the foregoing on August 4, 2021, upon the below-listed party or parties electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Devonta Ozell Smith
Reg. No. # 64670-056
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

BY:  /s/ Dennis M. Duffy
DENNIS M. DUFFY
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4847
Fax: 919-856-4487
E-mail: dennis.duffy@usdoj.gov
NC State Bar No. 27225